1  **LIEFF CABRASER HEIMANN &**
   **BERNSTEIN, LLP**
2  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
3  275 Battery Street, 29th Floor
   San Francisco, CA  94111
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5
   *Attorneys for Plaintiffs*
6
   (Additional Counsel Listed on Signature
7  Page)

8  **HOGAN LOVELLS US LLP**

9  Vassi Iliadis (Bar No. 296382)
   vassi.iliadis@hoganlovells.com
10 1999 Avenue of the Stars, Suite 140
   Los Angeles, California 90067
11 Telephone: (310) 785-4600
   Facsimile: (310) 785-4601
12
13 *Attorneys for Defendants*
   *Laboratory Corporation of America and*
14 *Laboratory Corporation of America Holdings*

15

**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
Margaret J. Mattes (*pro hac vice*)
mmattes@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

**HOGAN LOVELLS US LLP**

Allison Holt Ryan (*pro hac vice*)
allison.holt-ryan@hoganlovells.com
Adam A. Cooke (*pro hac vice*)
adam.a.cooke@hoganlovells.com
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

UNITED STATES DISTRICT COURT

16 NORTHERN DISTRICT OF CALIFORNIA

17 SAN FRANCISCO DIVISION

18

19 CONNIE HOWARD, YADIRA YAZMIN
   HERNANDEZ, and DEBORAH REYNOLDS,
   on behalf of themselves and all others similarly
20 situated,

21          Plaintiffs,

22     v.

23 LABORATORY CORPORATION OF
   AMERICA, LABORATORY
24 CORPORATION OF AMERICA HOLDINGS,
   and META PLATFORMS, INC.,

25          Defendants.

26

Case No. 3:23-cv-02773-WHO

**STIPULATION TO TRANSFER THIS**
**ACTION TO THE MIDDLE DISTRICT**
**OF NORTH CAROLINA PURSUANT TO**
**28 U.S.C. § 1406(a) AND [~~PROPOSED~~]**
**ORDER**

27

28

2841507.3

1  Plaintiffs Connie Howard, Yadira Yazmin Hernandez, and Deborah Reynolds,

2  ("Plaintiffs"), and Defendants Laboratory Corporation of America, and Laboratory Corporation

3  of America Holdings ("Labcorp") (collectively, the "Moving Parties,"), stipulate, and request that

4  the Court order pursuant to their stipulation, as follows:

5  WHEREAS, on June 5, 2023, Plaintiffs filed a class action complaint against Labcorp and

6  Defendant Meta Platforms, Inc. ("Meta" and the "Action"), which Plaintiffs identified as related

7  to *In Re Meta Pixel Healthcare Litigation*, 3:22-cv-3580-WHO-VKD (the "Consolidated

8  Action") (*see* Dkts. 1 (complaint) & 1-1 (civil cover sheet));

9  WHEREAS, on July 26, 2023, Plaintiffs and the parties in the Consolidated Action jointly

10  moved the Court to relate the Action to the Consolidated Action, so that the claims against Meta

11  could be consolidated with the Consolidated Action (*see* the Consolidated Action, Dkt. 289); [1]

12  WHEREAS, on July 26, 2023, Meta – with the Moving Parties' consent – moved to sever

13  the claims against Meta in the Action so that they could be related to and consolidated with the

14  Consolidated Action (*see* Dkt. 33);

15  WHEREAS, on August 16, 2023, the Court related the Action to the Consolidated Action

16  (*see* Dkt. 39; *see also* the Consolidated Action, Dkt. 299);

17  WHEREAS, on August 23, 2023, the Court granted Meta's unopposed motion to sever

18  Plaintiffs' claims against Meta into the Consolidated Action, leaving behind Plaintiffs' claims

19  against Labcorp in the Action (*see* Dkt. 52);

20  WHEREAS, on August 23, 2023, Labcorp filed a motion to dismiss Plaintiffs' claims

21  against Labcorp arguing, among other things, that this Court lacks personal jurisdiction over

22  Labcorp, "a Delaware corporation with its headquarters in Burlington, North Carolina." (*see* Dkt.

23  53 at 1, 3, 5-9);

24  WHEREAS, Burlington, North Carolina is located within the Middle District of North

25  Carolina;

26

27

28

---

[1] Labcorp is not a party in the Consolidated Action.

2841507.3                                  - 1 -

1     WHEREAS, Plaintiffs believe the Court can exercise personal jurisdiction over Labcorp,

2  but also believe that transferring the Action to the Middle District of North Carolina now is in the

3  best interest of putative class members and that a transfer will save judicial resources; and

4     WHEREAS, any transfer would result in the adjudication of Labcorp's claims in the

5  Middle District of North Carolina, but would not disturb the Court's previous ruling severing and

6  consolidating Plaintiffs' claims against Meta into the Consolidated Action.

7

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the

9  Moving Parties (Plaintiffs and Defendant Labcorp), through their respective counsel and subject

10  to the Court's approval, that:

11     1.     This Action be transferred to the Middle District of North Carolina pursuant to 28

12  U.S.C. § 1406(a).

13

14  Dated: August 31, 2023               Respectfully submitted,

15                                    By:     /s/ *Douglas I. Cuthbertson*
                                          Douglas I. Cuthbertson (*pro hac vice*)
16                                        dcuthbertson@lchb.com
                                          Margaret J. Mattes (*pro hac vice)*
17                                        mmattes@lchb.com
                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
18                                        250 Hudson Street, 8th Floor
                                          New York, NY  10013
19                                        Telephone:  212.355.9500
                                          Facsimile:  212.355.9592
20
                                          Michael W. Sobol (SBN 194857)
21                                        msobol@lchb.com
                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
22                                        275 Battery Street, 29th Floor
                                          San Francisco, CA 94111-3339
23                                        Telephone:  415.956.1000
                                          Facsimile:  415.956.1008
24
                                          Brian Levin
25                                        brian@levinlawpa.com
                                          LEVIN LAW, P.A.
26                                        2665 South Bayshore Drive, PH2B
                                          Miami, Florida 33133
27                                        Telephone: 305.539.0593

28

2841507.3                        - 2 -                    STIPULATION AND ~~PROPOSED~~ ORDER
                                                          TO TRANSFER CASE
                                                          CASE NO. 3:23-CV-02773-WHO

1

Matthew R. Wilson (SBN 290743)
mwilson@meyerwilson.com
MEYER WILSON, P.A.
305 W. Nationwide Blvd
Columbus, Ohio 43215
Telephone: 614.224.6000

*Attorneys for Plaintiffs*

By:  /s/ *Allison Holt Ryan*

Allison Holt Ryan (pro hac vice)
allison.holt-ryan@hoganlovells.com
Adam A. Cooke (pro hac vice)
adam.a.cooke@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Vassi Iliadis (Bar No. 296382)
vassi.iliadis@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 140
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for Defendants*
*Laboratory Corporation of America and Laboratory*
*Corporation of America Holdings*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3
**[PROPOSED] ORDER TO TRANSFER PLAINTIFFS' CLAIMS AGAINST
DEFENDANTS LABORATORY CORPORATION OF AMERICA AND LABORATORY
CORPORATION OF AMERICA HOLDINGS TO THE MIDDLE DISTRICT OF NORTH
CAROLINA PURSUANT TO 28 U.S.C. § 1406(a)**

4

5
    Pursuant to stipulation, IT IS SO ORDERED.

6


7

    DATED:  September 1, 2023

8
                                                   Hon. William H. Orrick
                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
TO TRANSFER CASE
CASE NO. 3:23-CV-02773-WHO

1

1

**ATTESTATION REGARDING SIGNATURES**

2

      I, Douglas I. Cuthbertson, attest that all signatories listed, and on whose behalf the filing is

3

submitted, concur in the filing's content and have authorized the filing.

4

      DATED: August 31, 2023              By:   */s/ Douglas I. Cuthbertson*

5

                                       Douglas I. Cuthbertson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
TO TRANSFER CASE
CASE NO. 3:23-CV-02773-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Douglas I. Cuthbertson, certify that I caused the foregoing document to be served on all counsel for all parties to this action by filing it through the Court's ECF system.

DATED: August 31, 2023                    By:   */s/ Douglas I. Cuthbertson*
                                                      Douglas I. Cuthbertson

STIPULATION AND ~~PROPOSED~~ ORDER
TO TRANSFER CASE
CASE NO. 3:23-CV-02773-WHO